# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GODOY BALTAZAR-AGUIRRE, | CV F   03-5295 OWW LJO P |
| Plaintiff, | |
| v. | ORDER REGARDING JOINT STIPULATION TO CONTINUE MANAGEMENT DATES FILED FEBRUARY 28, 2005 (Doc. 32.) |
| CHARLES GILKEY, et.al., | |
| Defendants. | |

Plaintiff Godoy Baltazar-Aguirre ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action.  Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

By separate Order issued concurrently with the instant Order, the Court has found that the Lodged Third Amended Complaint stated a cognizable Eighth Amendment Claim against defendant Pitzer.  Thus, the Court granted plaintiff's request to Amend the Complaint for the third time and now issues the following Order.

1  The Court HEREBY ORDERS:

2  1.  Service is appropriate for the following defendants:

3  Warden, Percy Pitzer

4  2.  The Clerk of the Court shall send plaintiff ONE USM-285 forms, ONE summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Third Amended Complaint lodged on March 10, 2005, and filed this same date;

7  3.  Within THIRTY (30) DAYS from the date of this Order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

10  a.  Completed summons;

11  b.  One completed USM-285 form for each defendant listed above; and

12  c.  TWO copies of the endorsed complaint lodged on March 10, 2005, and filed concurrently with this Order.

14  4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

18  5.  <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

20  IT IS SO ORDERED.

21  **Dated:**   **April 25, 2005**             /s/ Lawrence J. O'Neill
    b9ed48                             UNITED STATES MAGISTRATE JUDGE