UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BALTAZAR GODOY-AGUIRRE, | ) | 1:03-CV-05295-OWW-LJO-P |
| | ) | |
| Plaintiff, | ) | ORDER EXTENDING DISPOSITIVE MOTION DEADLINE |
| | ) | |
| v. | ) | |
| | ) | Old Dispositive Motion Deadline -   05-28-2005 |
| CHARLES GILKEY, et al., | ) | New Dispositive Motion Deadline -   Refer to Order below |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2005, defendants filed a request for an extension of the deadline for filing a dispositive motion, as established by the joint stipulation of February 28, 2005. Defendants request an extension until thirty days after defendant Pitzer files an answer.

Plaintiff filed an Opposition to the request on June 1, 2005.

The Court has examined Plaintiff's objections and concludes that Defendants have supported their request with good cause. Former Warden Pitzer was added as defendant by a recent amended complaint and has not yet made an appearance. In addition, as noted above and in the Order

allowing Plaintiff to amend, the claims against defendant Pitzer are nearly, if not, identical to that against the remaining defendant(s). Thus, to require Defendants to keep to an original deadline and file two separate dispositive motions and/or conduct duplicative pretrial preparations neither serves the interests of justice or the efficiency of this Court's management of its cases. Accordingly, the Court finds good cause to grant Defendant's request. In the event the service on Defendant Pitzer is returned unexecuted, the Court will re-set the dispositive motion deadline.

The instant extension is limited to the dispositive motion deadline due to defendants' understanding that the claims against defendant Pitzer are nearly identical to the claims against Warden Gilkey. Thus, no further discovery shall be required or granted.

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the deadline for serving and filing pre-trial dispositive motions, formerly May 28, 2005, shall be extended for all parties in this action until thirty days after defendant Pitzer has filed his answer to the complaint.

IT IS SO ORDERED.

**Dated:   June 2, 2005**                            **/s/ Lawrence J. O'Neill**
b6edp0                                               UNITED STATES MAGISTRATE JUDGE