UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTAZAR GODOY-AGUIRRE, ) | 1:03-CV-05295-OWW-LJO-P |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION TO PROCEED WITH THE |
| ) | CASE (Doc. 50-2) |
| v. ) | |
| ) | |
| CHARLES GILKEY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

Following Plaintiff's amendment to the Complaint to add Percy Pitzer as a Defendant, the Court, on April 25, 2005, issued an Order directing Mr. Pitzer be served by the U.S. Marshall. Defendants requested that the dispositive motion deadline be extended until thirty days after Warden Pitzer was served because the claims against him were identical to those against the Defendants already in the action. The Court granted this request.

Plaintiff indicates now that he has been released from custody and will be residing in Mexico. He asks that the Court proceed with the case.

1   Plaintiff's request must be denied.  The Court has before it no pending motions regarding the
2   disposition of the case because Defendant's request to extend the dispositive motion deadline was
3   granted.   Until such a motion is filed or Defendants indicate to the Court they do not intend to file a
4   dispositive motion, the case cannot proceed.
5   Accordingly, Plaintiff's Motion to Proceed with the case is DENIED.

7   IT IS SO ORDERED.
8   **Dated:     July 27, 2005**               **/s/ Lawrence J. O'Neill**
    b9ed48                                     UNITED STATES MAGISTRATE JUDGE

2