UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTAZAR GODOY-AGUIRRE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES GILKEY, et. al.,<br><br>　　　　　　Defendants.<br>_____/ | CV F   03 5295 OWW LJO P<br><br>ORDER VACATING SECOND ORDER DIRECTING U.S. MARSHAL TO SERVE DEFENDANT PITZER<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF THIS ORDER ON U.S. MARSHAL |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Third Amended Complaint against Defendants Gilkey, Williams and Pitzer. Defendants Gilkey and Williams waived service on July 19, 2004. However, the Summons on Defendant Pitzer was returned to the Court unexecuted. Thus, on January 23, 2006, the Court issued a Second Order directing service by the U.S. Marshal. A review of the Court record, however, shows that Counsel for Defendants Gilkey and Williams filed a formal Answer on January 10, 2006, and January 11, 2006, on behalf Defendants Gilkey, Williams *and* Pitzer. In light of Counsel's appearance in the action on behalf of Defendant Pitzer, the Court Order directing service by the U.S. Marshal for the second time is VACATED. The Clerk of Court is DIRECTED to serve a copy of this Order on the U.S. Marshall forthwith.

IT IS SO ORDERED.

**Dated:    January 24, 2006**　　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE