UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTAZAR GODOY-AGUIRRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES GILKEY, et.al.,<br><br>　　　　Defendants.<br>_____/ | CV F   03 5295 OWW LJO P<br><br>ORDER VACATING HEARING SET FOR MARCH 20, 2006, 10:00 A.M., COURTROOM 3. |

　　Baltazar Godoy-Aguirre ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　On February 8, 2006, Defendants filed a Motion to Dismiss and noticed that motion on the calendar of the undersigned. However, pursuant to Local Rule 78-230(m) "all motions . . . filed in cases wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record and without oral argument unless otherwise ordered." Local Rule 78-230(m). While the Court recognizes that Plaintiff may no longer be in state custody, it is this

1

1  Court's practice to apply the provision of Local Rule 78-230(m) to all prisoner cases even in the
2  event the Plaintiff has been released from custody.  Should the Court find a hearing requiring the
3  presence of the parties necessary, it shall so order.  Accordingly, the Court exercises its discretion
4  to continue to apply the Rule 78-230(m) to this case.
5        Accordingly, the Court HEREBY ORDERS:
6     1.    The hearing noticed on the Motion calendar for March 20, 2006, is HEREBY
7        VACATED.
8        The Court will resolve the Motion to Dismiss, or in the alternative, Motion for Summary
9  Judgment in due course.
10 IT IS SO ORDERED.
11 **Dated:   February 9, 2006**            /s/ Lawrence J. O'Neill
   b9ed48                                  UNITED STATES MAGISTRATE JUDGE