UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTAZAR GODOY-AGUIRRE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CHARLES GILKEY,<br><br>　　　　　Defendants.<br>_____ | 1:03-CV-5295-OWW-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br>(DOCUMENT #92) |

　　　　Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On February 15, 2006, plaintiff filed a motion to extend time to file a response to defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty days from the date of service of this order in which to file his response.

IT IS SO ORDERED.

**Dated:   March 6, 2006**　　　　　　　　　/s/ Lawrence J. O'Neill
b6edp0　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE