UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALTAZAR GODOY-AGUIRRE, | 1:03-cv-05295-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 102) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 60-1) |
| CHARLES GILKEY, et al., | **ORDER DENYING ALTERNATE MOTION FOR SUMMARY JUDGMENT AND ALTERNATE MOTION FOR SUMMARY ADJUDICATION AS MOOT** (Docs. 60-2, 60-3) |
| Defendants. | **ORDER DISMISSING ACTION** |

Baltazar Godoy-Aguirre ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 6, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the

1

Findings and Recommendations were to be filed within twenty (20) days.  On September 20, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 6, 2006, are ADOPTED IN FULL;

2. Defendants' Motion to Dismiss, filed February 8, 2006, is GRANTED;

3. This action is therefore DISMISSED for Plaintiff's failure to state a claim upon which relief can be granted under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971); and,

4. In light hereof, Defendants' alternate Motion for Summary Judgment and alternate Motion for Summary Adjudication are DENIED as MOOT.

IT IS SO ORDERED.

**Dated:   November 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

2